IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| William H. Pletcher and Jaclyn R. Pletcher, | : | Case No. 23-21150 CMB |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document Nos. |
| | : | |
| | : | Hearing Date and Time: September 21, 2023 at 9:30 p.m. |

CERTIFICATE OF SERVICE OF DEBTORS'
NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN,
AMENDED CHAPTER 13 PLAN DATED AUGUST 8, 2023

    I, Daniel R. White, Attorney for Debtors, certify that on August 8, 2023, I served a copy of Debtors' Notice of Proposed Modification to Confirmed Plan, Amended Chapter 13 Plan dated August 8, 2023, Upon Ronda J. Winnecour, Chapter 13 Trustee, by electronic mail and upon all creditors listed on the attached clerk's mailing matrix.

    Method of service: first class, postage prepaid.
    Total number of parties served: 39
    Number of pages sent per party: 4
    Date executed: August 8, 2023

    ZEBLEY MEHALOV & WHITE, P.C.
    BY

    /s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    724-439-9200
    dwhite@Zeblaw.com
    Attorney for Debtors