# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

William H. Pletcher, Jr.
Jaclyn R. Pletcher

Debtor(s).

_____

Case No. 23-21150-CMB

Chapter 13

Related to Doc. Nos. 2, 30, & 39

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: The Trustee to correct a scrivener's error contained in the previously filed Order Confirming Plan filed at Doc 39. The previously submitted order refers to the confirmed plan as the original plan of 5-26-23. The plan being confirmed is the Amended Plan of August 8, 2023

- ☐ a motion to lift stay as to creditor _____

- ☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated August 8, 2023

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ❏ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.                                     .

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ❏ Other: _____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

SO ORDERED
October 11, 2023

*Carlota M. Böhm* jah
Carlota M. Böhm, Judge
United States Bankruptcy Court

FILED
10/11/23 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/Daniel R. White
Daniel R. White (PA I.D. #78718)
Counsel to Debtor
Zebley Mehalov & White, P.C.
18 Mill Street Square
POB 2123
Uniontown, PA  15401
724-439-9200
dwhite@zeblaw.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. # 42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-21150-CMB
William H. Pletcher, Jr. Chapter 13
Jaclyn R. Pletcher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Oct 11, 2023     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William H. Pletcher, Jr., Jaclyn R. Pletcher, 137 Redstone Furnace Road, Hopwood, PA 15445-2113 |
| 15619129 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15604817 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 12 2023 00:30:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 15611095 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 12 2023 00:30:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15604818 | + | Email/Text: backoffice@affirm.com | Oct 12 2023 00:31:00 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15610453 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 12 2023 00:36:41 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15604819 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 12 2023 00:30:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Avenue, Detroit, MI 48226-3416 |
| 15604820 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2023 00:36:55 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15616994 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2023 00:36:58 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15604821 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2023 00:31:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15604822 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2023 00:37:05 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15604823 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 12 2023 00:31:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15620124 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 12 2023 00:31:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15604824 | | Email/Text: Bankruptcy@ICSystem.com | Oct 12 2023 00:31:00 | IC System, Inc., 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 15625161 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 12 2023 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15606806 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 00:36:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15604825 | | Email/Text: camanagement@mtb.com | Oct 12 2023 00:31:00 | M&T Credit Services, Attn: Bankruptcy, Po Box |

Case 23-21150-CMB   Doc 43   Filed 10/13/23   Entered 10/14/23 00:28:59   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 844, Buffalo, NY 14240 |
| 15618089 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2023 00:36:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15604826 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2023 00:37:08 | Merrick Bank/CC Holdings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15604827 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2023 00:31:00 | Midland Credit Management, 350 Camino Drive De La Reina--Suite 100, San Diego, CA 92108-3007 |
| 15621756 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2023 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15604828 | + | Email/PDF: cbp@omf.com | Oct 12 2023 00:36:44 | OneMain Financial, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15605542 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2023 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15624031 | | Email/PDF: ebn_ais@aisinfo.com | Oct 12 2023 00:36:43 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15604829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 00:36:40 | Synchrony Bank/American Eagle, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15604830 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 00:36:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15604831 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 00:36:49 | Synchrony Bank/HHGregg, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15604832 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 00:36:41 | Synchrony Bank/JCPenney, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15604833 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 00:37:05 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15604834 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 00:37:08 | Synchrony Bank/Old Navy, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15604835 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 12 2023 00:36:56 | T-Mobile, Attn: Bankruptcy Team, P.O. Box 53410, Bellevue, WA 98015-3410 |
| 15625347 | + | Email/Text: bncmail@w-legal.com | Oct 12 2023 00:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15604836 | + | Email/Text: bncmail@w-legal.com | Oct 12 2023 00:31:00 | Target NB, c/o Financial & Retail Services, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 15604837 | + | Email/Text: bkelectronicnotices@usaa.com | Oct 12 2023 00:30:00 | USAA Federal Savings Bank, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 15621272 | | Email/PDF: ebn_ais@aisinfo.com | Oct 12 2023 00:36:42 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Jaclyn R. Pletcher lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor William H. Pletcher Jr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6