IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| William H. Pletcher, Jr. And Jaclyn Pletcher, | : | Bankruptcy Case No. 23-21150 CMB |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document No. |

### CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on August 14, 2024, I served a copy of the Court's August 14, 2024, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at SCI Fayette, Attn: Payroll Manager, 50 Overlook Drive, La Belle, PA 15450.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: August 14, 2024

TREMBA, KINNEY, GREINER & KERR
BY

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
1310 Morrell Avenue, Suite C
Connellsville, PA 15425
724-628-7955
Email: dwhite@westpalawyers.com
Attorneys for Debtors