IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-21150 CMB |
| | : | |
| William H. Pletcher, Jr. and Jaclyn R. Pletcher, | : | Chapter 13 |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document No. |
| William H. Pletcher, Jr. and Jaclyn R. Pletcher | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| No Respondents. | | |

AMENDMENT COVER SHEET

Amendments to the following petition, lists, schedules, or statements are transmitted herewith:

\_\_\_\_  Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_        Summary of Schedules
\_\_\_\_        Schedule A - Real Property
  X         Schedule B - Personal Property **(Added post-petition vehicle and reflected trade in of Chevrolet Silverado)**
\_\_\_\_        Schedule C - Property Claimed as Exempt
  X         Schedule D - Creditors holding Secured Claims
            Check one:
              X    Creditors added **(Added Credit Acceptance on post-petition vehicle financing)**
              \_\_\_\_ NO creditors added
              \_\_\_\_ Creditors deleted
\_\_\_\_        Schedule E - Creditors Holding Unsecured PriorityClaims
            Check one:
              \_\_\_\_ Creditors added
              \_\_\_\_ NO creditors added
              \_\_\_\_ Creditors deleted
\_\_\_\_        Schedule F - Creditors Holding Unsecured Nonpriority Claims
            Check one:
              \_\_\_\_ Creditors added
              \_\_\_\_ NO creditors added
              \_\_\_\_ Creditors deleted
\_\_\_\_        Schedule G - Executory Contracts and Unexpired Leases

**Page 1 of 2**

PAWB Local Form 6 (11/21)

Check one:

| | |
|---|---|
| ____ | Creditors added |
| ____ | NO creditors added |
| ____ | Creditors deleted |
| ____ | Schedule H - Codebtors |
| X | Schedule I - Current Income of Individual Debtors **(Reflects Debtor-Husband receiving disability income since November 2024)** |
| ____ | Schedule J - Current Expenditures of Individual Debtors |
| ____ | Statement of Financial Affairs |
| ____ | Chapter 7 Individual Debtor's Statement of Intention |
| ____ | PAWB Local Form 6 (11/21) Page 2 of 2 |
| ____ | Chapter 11 List of Equity Security Holders |
| ____ | Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims |
| ____ | Disclosure of Compensation of Attorney for Debtor |
| ___ | Other  _____ |

Date: February 5, 2025

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
Tremba, Kinney, Greiner & Kerr, LLC
1310 Morrell Avenue
Connellsville, PA 15425
724-628-7955
Dwhite@westpalawyers.com
Attorney for Debtors

Page 2 of 2

PAWB Local Form 6 (11/21)

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William H.** First Name | **H.** Middle Name | **Pletcher, Jr.** Last Name |
| Debtor 2 (Spouse, if filing) | **Jaclyn** First Name | **R.** Middle Name | **Pletcher** Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number  **23-21150 CMB**

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1**

**137 Redstone Furnace Road**
Street address, if available, or other description

**Hopwood**     **PA**    **15445-0000**
City              State       ZIP Code

**Fayette**
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$250,000.00** | **$250,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Tenants by the entireties**

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Residence, a 5 bedroom, split level house with a pool and garage on .39 acres. Current market value assessment of $199,948.00**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**   **$250,000.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| | |
|---|---|
| Debtor 1 | **William H. Pletcher, Jr.** |
| Debtor 2 | **Jaclyn R. Pletcher** |

Case number *(if known)* **23-21150 CMB**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1**
Make: **Chevrolet**
Model: **Traverse**
Year: **2021**
Approximate mileage: **50,000**
Other information:
**Location: 137 Redstone Furnace Road, Hopwood PA 15445**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$25,670.00**
Current value of the portion you own? **$25,670.00**

**3.2**
Make: **Chevrolet**
Model: **Silverado**
Year: **2014**
Approximate mileage: **110,000**
Other information:
**Traded in on new vehicle January 2025.**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$22,050.00**
Current value of the portion you own? **$11,025.00**

**3.3**
Make: **Kia**
Model: **Sportage**
Year: **2020**
Approximate mileage: **80,000**
Other information:
**Location: 137 Redstone Furnace Road, Hopwood, PA 15445 post-petition vehicle purchased January 2025**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$19,000.00**
Current value of the portion you own? **$19,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=> **$55,695.00**

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

   **8 rooms of furniture, household goods, appliances, including an equipped kitchen, furnished living room and dining room, and 5 furnsihed bedrooms, all of minimal value, with no one item exceeding the limit.
   Location: 137 Redstone Furnace Road, Hopwood PA 15445**

   **$5,200.00**

| Debtor 1 | **William H. Pletcher, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Jaclyn R. Pletcher** | Case number *(if known)* | **23-21150 CMB** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes.  Describe.....

   | **Electronics: 5 TV's, xbox** <br> **Location: 137 Redstone Furnace Road, Hopwood PA 15445** | $1,000.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....

    | **Clothing, of minimal value** <br> **Location: 137 Redstone Furnace Road, Hopwood PA 15445** | $400.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes.  Describe.....

    | **Engagement ring, wedding bands, costume jewelry** <br> **Location: 137 Redstone Furnace Road, Hopwood PA 15445** | $1,000.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................................................     **$7,600.00**

**Part 4:  Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

| | |
|---|---|
| Debtor 1 | **William H. Pletcher, Jr.** |
| Debtor 2 | **Jaclyn R. Pletcher** |

Case number *(if known)* **23-21150 CMB**

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes..................................................................................................

    **Cash on hand** $20.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes.................    Institution name:

    | | | | | |
    |---|---|---|---|---|
    | | 17.1. | **Checking** | **PNC Bank** | $1,000.00 |
    | | 17.2. | **Checking** | **PNC Bank** | $13.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes..............    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☑ No
    ☐ Yes. Give specific information about them....................
        Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes. List each account separately.
        Type of account:    Institution name:

    | Type of account | Institution name | Amount |
    |---|---|---|
    | **Deferred Compensation** | **Pennsylvania State Employees Retirement System** | $9,836.00 |
    | **Pension** | **Pennsylvania State Employees Retirement System** | $80,957.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No

Official Form 106A/B    Schedule A/B: Property    page 4

| Debtor 1 | **William H. Pletcher, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Jaclyn R. Pletcher** | Case number *(if known)* | **23-21150 CMB** |

☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☐ No
☑ Yes. Give specific information......

| Monthly child support award | Child Support | $651.00 |
|---|---|---|

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Whole life insusrance policy through American Income Life Insurnace Company | William Pletcher | $0.00 |
| Whole life insurance policy through American Income Life Insurance Company | Jaclyn Pletcher | $1,173.00 |
| Accidental death insurance policy through American Income Life Insurance Company | Jaclyn Pletcher | $0.00 |

| Debtor 1 | **William H. Pletcher, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Jaclyn R. Pletcher** | Case number *(if known)* | **23-21150 CMB** |

| **Accidental death insurance policy through American Income Life Insurance Company** | William Pletcher | $0.00 |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☑ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**   $93,650.00

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................**   $0.00

| Debtor 1 | **William H. Pletcher, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Jaclyn R. Pletcher** | Case number *(if known)* | **23-21150 CMB** |

**Part 8:    List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................................................... | | | **$250,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$55,695.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$7,600.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$93,650.00** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$156,945.00** | Copy personal property total | **$156,945.00** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$406,945.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William H.** | **Pletcher, Jr.** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jaclyn** | **R.** | **Pletcher** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number **23-21150 CMB**
(if known)

☐ Check if this is an amended filing

## Official Form 106D
### Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Ally Bank** — Creditor's Name | $16,854.40 | $22,050.00 | $0.00 |

Describe the property that secures the claim:
**1/2 interest w/brother Jeremiah Pletcher in 2014 Chevrolet Silverado**

**Attn: Bankruptcy**
**500 Woodard Avenue**
**Detroit, MI 48226**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Purchase money security interest**

Date debt was incurred **Opened 09/19 Last Active 4/02/23**

Last 4 digits of account number **6212**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

| Debtor 1 | William H. Pletcher, Jr. | | | Case number (if known) | 23-21150 CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jaclyn R. Pletcher | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.2  Credit Acceptance Corp.**  |  **Describe the property that secures the claim:**  |  **$19,068.00**  |  **$19,000.00**  |  **$68.00**

Creditor's Name

**Silver Triangle Building
25505 West Twelve Mile
Road--Suite 3000
Southfield, MI 48034-8339**

Number, Street, City, State & Zip Code

**2020 Kia Sportage 80,000 miles
post-petition vehicle purchase**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Purchase money security interest**

Date debt was incurred  **January 2025**   Last 4 digits of account number  **7996**

---

**2.3  Flagstar Bank**  |  **Describe the property that secures the claim:**  |  **$226,434.42**  |  **$250,000.00**  |  **$0.00**

Creditor's Name

**Attn: Bankruptcy
5151 Corporate Drive
Troy, MI 48098**

Number, Street, City, State & Zip Code

**Residence @ 137 Redstone Furnace
Road, Hopwood, PA 15445, Fayette
County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Mortgage**

Date debt was incurred  **Opened 09/20 Last Active 5/08/23**   Last 4 digits of account number  **0497**

---

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **William H. Pletcher, Jr.** | | Case number (if known) | **23-21150 CMB** |
| | First Name    Middle Name    Last Name | | | |
| Debtor 2 | **Jaclyn R. Pletcher** | | | |
| | First Name    Middle Name    Last Name | | | |

| 2.4 | **M&T Bank** | Describe the property that secures the claim: | $32,234.85 | $25,670.00 | $6,564.85 |
|---|---|---|---|---|---|
| | Creditor's Name | **2021 Chevrolet Traverse** | | | |

**Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Purchase money security interest**

Date debt was incurred  **Opened 02/21  Last Active 3/20/23**    Last 4 digits of account number  **0001**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$294,591.67** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$294,591.67** |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[  ]    Name, Number, Street, City, State & Zip Code
**AIS Portfolio Services, LP
Attn:  Ally Financial Department
4515 North Santa Fe Avenue--Dept APS
Oklahoma City, OK 73118**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

Fill in this information to identify your case:

Debtor 1: **William H. Pletcher, Jr.**

Debtor 2: **Jaclyn R. Pletcher**
(Spouse, if filing)

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **23-21150 CMB**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
### Schedule I: Your Income                                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | State Correction Office/ injured | Homemaker |
| **Employer's name** | SCI Fayette |  |
| **Employer's address** | 50 Overlook Drive<br>La Belle, PA 15450 |  |
| **How long employed there?** | 3 months |  |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 6,777.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 6,777.00 | $ 0.00 |

Official Form 106I                          Schedule I: Your Income                          page 1

| Debtor 1 | **William H. Pletcher, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Jaclyn R. Pletcher** | Case number (*if known*) | **23-21150 CMB** |

| | | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| | **Copy line 4 here** | | 4. | $ **6,777.00** | $ **0.00** |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ **900.00** | $ **0.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | | $ **425.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | | $ **0.00** | $ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | | $ **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. | | $ **187.00** | $ **0.00** |
| | 5f. **Domestic support obligations** | 5f. | | $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. | | $ **90.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | | $ **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ **1,602.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ **5,175.00** | $ **0.00** |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ **0.00** | $ **0.00** |
| | 8b. **Interest and dividends** | 8b. | | $ **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ **0.00** | $ **300.00** |
| | 8d. **Unemployment compensation** | 8d. | | $ **0.00** | $ **0.00** |
| | 8e. **Social Security** | 8e. | | $ **0.00** | $ **0.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | $ **0.00** | $ **0.00** |
| | 8g. **Pension or retirement income** | 8g. | | $ **0.00** | $ **0.00** |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | | $ **0.00** + | $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ **0.00** | $ **300.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ **5,175.00** + $ **300.00** = | $ **5,475.00** |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.  $ **5,475.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:  **Debtor-Husband receiving Heart and Lung Act disability income since November 2024 as reflected above until he returns to active employment after surgery and rehab on his foot/ankle.**