IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| William H. Pletcher, Jr. and Jaclyn R. Pletcher, | : | Bankruptcy Case No. 23-21150 CMB |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtors, certify that on March 25, 2025, I served a copy of the Court's March 25, 2025, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at SCI Fayette, Attn: Payroll Manager, 50 Overlook Drive, La Belle, PA 15450.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: March 25, 2025

    CALAIARO VALENCIK, P.C.
    BY

    /s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    8 Nickman Plaza
    Lemont Furnace, PA 15456
    724-719-9388
    dwhite@c-vlaw.com
    Attorneys for Debtors