IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

William H. Pletcher, Jr. and Jaclyn R. Pletcher,

        Debtors,

William H. Pletcher, Jr. and Jaclyn R. Pletcher,

        Movants,

        vs.

No Respondents.

Case No. 23-21150 CMB

Chapter 13

## CONSENT ORDER TO APPROVE POST PETITION AUTOMOBILE FINANCING

AND NOW this __21st__ day of __January__, 2026, the Debtors, William H. Pletcher, Jr. and Jaclyn R. Pletcher, by their Counsel, Calaiaro Valencik, P.C. and Daniel R. White, Esquire, and Chapter 13 Trustee, Ronda J. Winnecour, by her Counsel, Kate DeSimone, and files the within Consent Order to Approve Post Petition Automobile Financing representing as follows:

1. This Consent Order is being sought on an emergency basis as Debtors have an immediate need to purchase a vehicle for personal use.

2. Movants are the Debtors in this Chapter 13 Bankruptcy proceeding having filed a Voluntary Chapter 13 petition on May 26, 2023.

3. The Debtors have a confirmed Chapter 13 plan dated February 5, 2025, which provides for a distribution to unsecured creditors with a plan payment of $2,775.00 per month.

4. The Debtors have commenced monthly payments to the Trustee with payments being remitted through wage attachment. Debtors are in month 32 of a 60 month plan and their payments are current.

5. The Debtors are seeking secured financing in order to purchase a vehicle for Debtors' personal use. The Debtors are awaiting bankruptcy authorization.

6. Debtors' current vehicle is failing mechanically and will likely be surrendered if a new vehicle is financed.

Based upon the foregoing, and for good cause shown, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Debtors' *Motion* is **GRANTED** as provided by the terms of this *Order*. Debtors

are authorized to obtain secured financing for the purchase of a vehicle on the following terms:

    (a)    the total amount of financing shall not exceed $30,000.00 per vehicle and interest rate should not exceed 20%; and;

    (b)    the monthly payments made under the financing agreement **shall not exceed $600/per month.**

2. To the extent that Debtors secure financing for the purchase of a vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

    (a)    an amended chapter 13 plan; and

    (b)    a report of purchase/financing

3. Debtors are authorized to trade the current vehicle, a 2020 Kia Sportage as part of the vehicle purchase transaction or surrender this vehicle if appropriate. In the event of trade in or surrender of the 2020 Kia Sportage, the Trustee will cease remaining payments due under the confirmed plan following the filing of Debtors' Report of Purchase/Financing.

4. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of purchase/financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

5. Pending confirmation of any amended plan providing for the new post-petition loan payments, the Trustee is authorized to make monthly adequate protection payments to the POST-PETITION AUTOMOBILE LENDER for the contract amount so long as sufficient supplemental funds are provided by Debtors.

6. Notwithstanding the inclusion of the post-petition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the POST-PETITION AUTOMOBILE LENDER.

7. Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

Prepared by: Daniel R. White, Esquire

| OFFICE OF THE CHAPTER 13 TRUSTEE | CALAIARO VALENCIK, P.C. |
|---|---|
| /s/ Kate DeSimone | /s/ Daniel R. White |
| Kate DeSimone | Daniel R. White, Esquire |
| U.S. Steel Tower-Suite 3250 | PA I.D. No. 78718 |
| 600 Grant Street | 8 Nickman Plaza |
| Pittsburgh, PA 15219 | Lemont Furnace, PA 15456 |
| 412-471-5566 | 724-719-9388 |
| kdesimone@chapter13trusteewdpa.com | Dwhite@c-vlaw.com |
| Attorney for Chapter 13 Trustee | Attorney for Debtors |

_____
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
1/21/26 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21150-CMB |
| William H. Pletcher, Jr. | Chapter 13 |
| Jaclyn R. Pletcher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William H. Pletcher, Jr., Jaclyn R. Pletcher, 137 Redstone Furnace Road, Hopwood, PA 15445-2113 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Joint Debtor Jaclyn R. Pletcher r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Debtor William H. Pletcher  Jr. r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Danielle M DiLeva | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ddileva@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Matthew Fissel | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 21, 2026 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8