IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 23-21150 GLT |
| William H. Pletcher, Jr. and Jaclyn R. Pletcher, | : | Chapter 13 |
| Debtors, | : | Document No. |
| Credit Acceptance Corporation, | : | Related to Document No. |
| Movant, | : | |
| vs. | : | |
| William H. Pletcher, Jr. and Jaclyn R. Pletcher, Respondents. | : | |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Debtors, William H. Pletcher, Jr. and Jaclyn R. Pletcher, by their attorneys Calaiaro Valencik, P.C., and Daniel R. White, Esquire respond to the Motion for Relief from the Automatic Stay as follows:

1-5. Admitted.

6-8. Denied. Debtors demand strict proof of the averments of paragraph 6-8.

**DEBTOR'S DEFENSES**

1. Debtors have a confirmed Chapter 13 plan dated February 5, 2025 which pays Movant its regular monthly payment of $447.05 as a post-petition claim with distributions starting January 28, 2025.
2. Debtors are ahead with their Chapter 13 plan payments having made more than full payments in the 41 months of this plan.
3. Movant has received distributions from the Trustee of $5,364.60 since the confirmation of the Chapter 13 Plan.
4. Due to a miscommunication with the Chapter 13 Trustee's Office about Debtor's intention to replace the 2020 Kia, the distributions to Movant were put on reserve

after the December 23, 2025, distribution. The Chapter 13 Trustee's Office has informed Counsel that this has been corrected, and distributions are expected to resume in October 2026. It is anticipated that the October 2026 distribution will bring Movant's loan current.

5. Debtors' monthly payment plus the Trustee distributions provide adequate protection to Movant.

6. Under these circumstances, Movant is provided adequate protection and is not entitled to relief from stay as requested.

WHEREFORE, The Debtors, William H. Pletcher, Jr. and Jaclyn R. Pletcher, respectfully request this Court to Deny the Motion for Relief from the Automatic Stay and Order such further relief that this Court deems appropriate.

Dated: October 14, 2026

CALAIARO VALENCIK, P.C.
BY

/s/ Daniel R. White________

Daniel R. White
Pa. ID No. 78718
8 Nickman Plaza
Lemont Furnace, PA 15456
Office: 724-719-9388
Email: dwhite@c-vlaw.com
Attorney for Debtors